# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| IMAGE PROCESSING TECHNOLOGIES, LLC, <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD. AND SAMSUNG ELECTRONICS AMERICA, INC., <br><br> Defendants. | Case No. 2:20-CV-00050-JRG <br><br> BEFORE: Hon. Rodney Gilstrap |

## ORDER GRANTING JOINT MOTION FOR RELIEF RELATED TO THE CORONAVIRUS (COVID-19) OUTBREAK

Before the Court is the parties' Joint Motion For Relief Related to the Coronavirus (COVID-19) Outbreak.  The Court, having considered the parties' arguments, hereby GRANTS the Motion.  The parties shall file a joint status report every 90 days from the date of this order advising the Court on whether the COVID-19 outbreak has sufficiently abated to allow a safe trial.

1