# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| IMAGE PROCESSING TECHNOLOGIES, LLC,<br><br>          *Plaintiff*,<br><br>     v.<br><br>SAMSUNG ELECTRONICS CO., LTD.;<br>SAMSUNG ELECTRONICS AMERICA, INC.<br><br>          *Defendants*. | Case No. 2:20-cv-00050-JRG-RSP<br><br>**JURY TRIAL DEMANDED** |

## JOINT MOTION TO STAY ALL DEADLINES AND NOTICE OF SETTLEMENT

COME NOW, Plaintiff Image Processing Technologies, LLC and Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. (collectively, "the Parties"), and file this Joint Motion to Stay All Deadlines and Notice of Settlement. The Parties hereby notify the Court that all matters in controversy between the Parties have been settled, in principle. The Parties jointly request that the Court stay the above-captioned case, including any and all deadlines on the Court's Docket Control Order, for thirty (30) days in which to submit appropriate dismissal papers.

Dated: July 1, 2020

| | |
|---|---|
| */s/ Michael Zachary* | */s/ Marc Pensabene* |
| S. Calvin Capshaw | Michael Jones |
| State Bar No. 03783900 | Texas State Bar No. 10929400 |
| ccapshaw@capshawlaw.com | mikejones@potterminton.com |
| Elizabeth L. DeRieux | John F. Bufe |
| State Bar No. 05770585 | Tex. Bar No. 03316930 |
| ederieux@capshawlaw.com | johnbufe@potterminton.com |
| CAPSHAW DERIEUX, LLP | **Potter Minton** |
| 114 E. Commerce Ave. | 110 N. College |
| Gladewater, TX 75647 | Tyler, Texas 75702 |
| Telephone: 1.903.845.5770 | Telephone: (903) 597-8311 |
| | Fax: (903) 593-0846 |
| Henry C. Bunsow | Mark A. Samuels |
| Cal. Bar No. 60707 | Cal. Bar No. 107026 |
| hbunsow@bdiplaw.com | msamuels@omm.com |
| Denise M. De Mory | Ryan K. Yagura |
| Cal. Bar No. 168076 | Tex. Bar No. 24075933 |
| ddemory@bdiplaw.com | ryagura@omm.com |
| Michael N. Zachary | Nicholas J. Whilt (Cal. Bar No. 247738) |
| Cal. Bar No. 112479 | nwhilt@omm.com |
| mzachary@bdiplaw.com | Brian M. Cook (Cal. Bar No. 266181) |
| Corey Johanningmeier | bcook@omm.com |
| Cal. Bar. No. 251297 | Clarence A. Rowland (Cal. Bar No. 284509) |
| cjohanningmeier@bdiplaw.com | crowland@omm.com |
| Nicolas Mancuso | O'MELVENY & MYERS LLP |
| Cal. Bar No. 271668 | 400 S. Hope Street |
| nmancuso@bdiplaw.com | Los Angeles, CA 90071 |
| Hillary N. Bunsow | Telephone: 213-430-6000 |
| Cal. Bar No. 278719 | Facsimile: 213-430-6407 |
| hbunsow@bdiplaw.com | |
| BUNSOW DE MORY LLP | Marc Pensabene (N.Y. Bar No. 2656361) |
| 701 El Camino Real | mpensabene@omm.com |
| Redwood City, CA 94063 | O'MELVENY & MYERS LLP |
| Telephone: (650) 351-7248 | Times Square Tower, 7 Times Square |
| Facsimile: (415) 426-4744 | New York, NY 10036 |
| | Telephone: 212-326-2000 |
| *Attorneys for Plaintiff and Counterclaim-Defendant* | Facsimile: 212-326-2061 |
| *Image Processing Technologies, LLC* | Cameron W. Westin (Cal. Bar No. 290999) |
| | cwestin@omm.com |
| | O'MELVENY & MYERS LLP |
| | 610 Newport Center Drive |

-3-

Newport Beach, CA 92660
Telephone: 949-823-6900
Facsimile: 949-823-6944

***Attorneys for Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.***